**Order filed May 2, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00251-CV**
_____

**ADVANCED PERSONAL CARE, LLC, Appellant**

**V.**

**JACQUELYN CHURCHILL, EVERETT CHURCHILL AND JED, INC.,**
**Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-04324**

---

## O R D E R

The notice of appeal in this case was filed March 21, 2013. To date, the filing fee of $175.00 has not been paid. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **, May 13, 2013.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM